**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,⠀⠀⠀⠀⠀⠀⠀⠀)
425 Third Street SW, Suite 800⠀⠀⠀)
Washington, DC 20024,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀*Plaintiff,*⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀Civil Action No.
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
U.S. DEPARTMENT OF DEFENSE,⠀)
1400 Defense Pentagon⠀⠀⠀⠀⠀⠀)
Washington, DC 20301-1400,⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀*Defendant.*⠀⠀⠀)
_____)

## COMPLAINT

⠀⠀⠀⠀Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of

Defense to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552.  As

grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

⠀⠀⠀⠀1.⠀⠀⠀⠀The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

⠀⠀⠀⠀2.⠀⠀⠀⠀Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

⠀⠀⠀⠀3.⠀⠀⠀⠀Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization

incorporated under the laws of the District of Columbia and headquartered at 425 Third Street

SW, Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency, accountability,

and integrity in government and fidelity to the rule of law.  As part of its mission, Plaintiff

regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes the

responses and disseminates its findings and the requested records to the American public to inform them about "what their government is up to."

4.      Defendant U.S. Department of Defense ("Defendant") is an agency of the United States government headquartered at 1400 Defense Pentagon, Washington, DC 20301-1400. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On February 26, 2025, Plaintiff sent a FOIA request via the SecureRelease portal to the United States Marine Corps, a component of Defendant.  This was done in accordance with the directions on the Marine Corps FOIA website (https://www.hqmc.marines.mil/ Agencies/USMC-FOIA/).  Plaintiff is seeking access to the following public records:

1. All communications and documents related to USMC Gender-Integrated Recruit Training Study Contract Number: M95494-20-C-0021 Dated June 1, 2021 (the Study), including but not limited to emails and briefs to or from Col Howard Hall and others in Training and Education Command (TECOM), the Commandant's Office, the Secretary of the Navy's Office, the commanding General of MCRD Parris Island, and the Commanding General of MCRD San Diego and emails and briefs for the Defense Advisory Committee on Women in the Services.

2. All communications and documents discussing the budget of the Study.

3. All communications and documents discussing whether to modify the use of "sir" or "ma'am" as recommended by the study on page 514 of the report.

4. All communications and documents pertaining to implementation of the recommendations made in the Study.

The time frame for the above requested records is June 1, 2020, to June 1, 2023.

6.      As of the date of this Complaint, Defendant has failed to (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records it intends to produce or withhold and the

reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

## COUNT I
**(Violation of FOIA, 5 U.S.C. § 552)**

7.      Plaintiff realleges paragraphs 1 through 6 as if fully stated herein.

8.      Defendant is in violation of FOIA.

9.      Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with it.

10.     To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's request by March 27, 2025, at the latest. Because Defendant failed to make a final determination on Plaintiff's FOIA request within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: June 25, 2025                              Respectfully submitted,

/s/ Patrick O. Francescon
PATRICK O. FRANCESCON
DC Bar No. 1781161
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel:     (202) 646-5172
Email:  pfrancescon@judicialwatch.org

*Counsel for Plaintiff*